# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 11, 2009

Charles R. Fulbruge III
Clerk

No. 09-30567
Summary Calendar

RONNIE HACK,

Plaintiff-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA OF TENNESSEE LLC; WINN
CORRECTIONAL CENTER; TIM WILKINSON; CORRECTIONAL OFFICER
HARRIS; B JOHNSON; MS KENNEDY; LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS; JAMES LEBLANC; ELAYN HUNT
CORRECTIONAL CENTER; GLADNEY; MIKE CAZE, Warden, West Baton
Rouge Work Release,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:09-CV-413

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Ronnie Hack, Louisiana prisoner # 180188 moves this court for leave to proceed in forma pauperis (IFP) in this appeal from the district court's dismissal as frivolous of his pro se civil rights complaint under 42 U.S.C. § 1983. The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court dismissed the suit because Hack failed to allege any legal or factual basis to support a claim of a constitutional deprivation related to his exclusion from the work release program and subsequent placement in administrative segregation. The district court denied Hack leave to proceed IFP on appeal because the appeal was not brought in good faith.

In his IFP motion, Hack does not address the district court's reasons for dismissing the complaint and denying him leave to proceed IFP on appeal. Although we liberally construe pro se briefs, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). By failing to discuss any of the district court's findings for dismissing his complaint and denying him leave to proceed IFP on appeal, Hack has abandoned all issues related to those findings. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Because Hack has failed to demonstrate that he will raise a nonfrivolous issue on appeal, his motion to proceed IFP is denied. *See* FED. R. APP. P. 24(a); *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). This appeal is without merit and is dismissed as frivolous. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.